** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 1:22-cv-00749-JMS-MPB   Document 1   Filed 04/12/22   Page 1 of 4 PageID #: 1

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 12, 2022 at 3:46:08 PM EDT | 9157811624 | 184 | 7 | Received |

04/12/2022  14:20   9157811624   FEDEX OFFICE 0564   PAGE 01/07



1:22-cv-00749-JMS-MPB

**FILED**
04/12/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# Fax Cover Sheet

Date: 4/12/22

Number of pages: 6 (including cover page)

**To:**

Name: Clerk of Court

Company: Marion County Clerk of Court Indiana

Telephone: 317-229-3700

Fax: 317-229-3959

**From:**

Name: Greg Michael Limbach

Company: _____

Telephone: 317-210-0727  915 845 6921

Comments: URGENT Needs filed today 90th day Marks

Due to compromised Identity & No Income is the delay in Filing


Fax - Local Send


Fax - Domestic Send


Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2021 FedEx. All rights reserved. Products, services and hours vary by location. 622.OP03.001

2188309R

To whom it may Concern,   EEOC 24F-2020-00647
Chad Michael Lombardo

My name is Chad Michael Lombardo James W Dragon a and back in November 2019 I started Derinda Dragon c/o to reach out to the Indiana Civil Avon Wedding & Event Barn Rights Commission & Indiana Department of Labor. The respondents (my ex landlord & employer) were evicting me and firing me, due to retaliation. I began to whistleblow on them for the fraudulent business practices they were doing through the Avon Wedding & Event Barn located at 7424 E. CR 100 N Avon IN 46123. I lived on property & so did respondents. I had seven different job titles. Started December 11, 2017 as Property Manager by the middle of April 2018 I was Property Manager, Parking Lot Attendant Security, TSA down & set up plus coordinating events as well. In May 2019 I began to notice some Fraudulent Activity going on The Avon Wedding & Event Barn was also known as The Dragon Barn (Ex1) The mattresses they would donate over 1/2 of AWB earnings were sold companies were they were on the Board of Directors. Also they were at of country ministries. In September 2019 respondents backed me in a corner and said that they would destroy me if I said anything about what I knew. I had to speak or thach if I

didn't speak up about what I knew I could have been charged as an accessory if they ever got caught. I spoke to law enforcement and nothing was done. I went to the Indiana State Police and started to work with a Detective (Detective Hicwe).

The ICRC took the probable cause finding that Lakiesha Green (former Employment Investigator) of the desk of Director Wilson in May 2021 Ms. Slone then re-did it and found no probable cause.

The Respondents tried to play me off as an independent contractor (Ex 2) but they misclassified me and I was actually an employee. The Respondents broke around 7 labor laws. Also never paid into Unemployment Ins. I never filled out an 18.

I want to carry on with the lawsuit in Federal Court and a new investigation. Due to the fact of conflict of interest (Ex 3) Senator John Crane (General Assembly lawmaker) and the respondents are great friends as well as Senator Campaign Donor. I'll also need help with obtaining an attorney. Thank you for your time.

## Retaliation

The Eviction Notice was not substantially written per IC-32-31-1-7
IC-32-31-5-6
On Several Occasions Jim/Warinda entered the cottage a/o are a written Notice. I involved local Law Enforcement Avon Police Department / Hendricks Co Sheriff Patrol 7 different times. The office/sheriff charged the law on Mr. Nowetter APD/HCSD would ever side Me. A Police Report due to who my Landlord was.

I left their "Home Church" due to the fact I was always given A Golf Trip at I didn't attend. (See Texts)

IC 32-31-8.5-4
Jim threatened me about working on Property 2020 if I didn't make out a fifth line on Answer by 12-3-19 @ 11:00 pm.
IC 3231-8.5

Water Heater / softener
Heat / Furnace - Dec 22 - Feb 7th  No Heat
Refrigeration  - Dec 24 - Jan 7  No fridge
- Culligan men came out Aug 2019 - Jim intercepted
Appt. Culligan men came back out 11/6/19
Told Me Jim didn't do anything the whirlpool copier filter @ least 10 years old.