UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHAD MICHAEL LOMBARDO, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) No. 1:22-cv-00749-JMS-MPB |
| | ) |
| AVON WEDDING AND EVENT BARN, | ) |
| | ) |
| *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 6/2/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via United States Mail to:**

Chad Michael Lombardo
200 South Seville Drive Apt. B
El Paso, TX 79905

1